**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **VPN TECHNOLOGY HOLDINGS, LLC,** | |
| Plaintiff, | **Case No. 2:25-cv-1-JRG** |
| v. | **Jury Trial Demanded** |
| **MICROSOFT CORPORATION,** | |
| Defendant. | |

**JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER**

Plaintiff VPN Technology Holdings, LLC and Defendant Microsoft Corporation submit this joint motion to enter the Parties' Agreed Docket Control Order (the Proposed Docket Control Order is attached hereto).

Dated: April 9, 2025                Respectfully submitted,

*/s/ Randall Garteiser*
Randall Garteiser
 Texas Bar No. 24038912
 rgarteiser@ghiplaw.com
M. Scott Fuller
 Texas Bar No. 24036607
 sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

René A. Vazquez
Virginia Bar No. 41988
rvazquez@sinergialaw.com

**SINERGIA TECHNOLOGY LAW GROUP, PLLC**
18296 St. Georges Ct.

Leesburg, Virginia 20176
Telephone: (703) 89-2244

**COUNSEL FOR PLAINTIFF**


*/s/ Kelly J. Fermoyle*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Lora A. Brzezynski (admitted in E.D. Tex.)
**FAEGRE DRINKER BIDDLE & REATH LLP**
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465
Email: Lora.Brzezynksi@faegredrinker.com

Thatcher A. Rahmeier (admitted in E.D. Tex.)
**FAEGRE DRINKER BIDDLE & REATH LLP**
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Email:  Thatcher.Rahmeier@faegredrinker.com

Kelly J. Fermoyle (admitted *Pro Hac Vice*)
Zachary D. Wawrzyniakowski (admitted *Pro Hac Vice*)
**FAEGRE DRINKER BIDDLE & REATH, LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Email:  Kelly.Fermoyle@faegredrinker.com
           Zachary.Wawrzyniakowski@faegredrinker.com

**COUNSEL FOR DEFENDANT**