**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **VPN TECHNOLOGY HOLDINGS, LLC,** | |
| Plaintiff, | **Case No. 2:25-cv-1-JRG** |
| v. | **Jury Trial Demanded** |
| **MICROSOFT CORPORATION,** | |
| Defendant. | |

## JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER

Plaintiff VPN Technology Holdings, LLC and Defendant Microsoft Corporation submit this joint motion to enter the Parties' Agreed Discovery Order (the Proposed Discovery Order is attached hereto).

Dated: April 9, 2025                Respectfully submitted,

*/s/ Randall Garteiser*
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

René A. Vazquez
Virginia Bar No. 41988
rvazquez@sinergialaw.com

**SINERGIA TECHNOLOGY LAW GROUP, PLLC**
18296 St. Georges Ct.

Leesburg, Virginia 20176
Telephone: (703) 89-2244

**COUNSEL FOR PLAINTIFF**


*/s/ Kelly J. Fermoyle*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Lora A. Brzezynski (admitted in E.D. Tex.)
**FAEGRE DRINKER BIDDLE & REATH LLP**
1500 K Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 842-8800
Facsimile: (202) 842-8465
Email: Lora.Brzezynksi@faegredrinker.com

Thatcher A. Rahmeier (admitted in E.D. Tex.)
**FAEGRE DRINKER BIDDLE & REATH LLP**
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Email:  Thatcher.Rahmeier@faegredrinker.com

Kelly J. Fermoyle (admitted *Pro Hac Vice*)
Zachary D. Wawrzyniakowski (admitted *Pro Hac Vice*)
**FAEGRE DRINKER BIDDLE & REATH, LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Email:  Kelly.Fermoyle@faegredrinker.com
        Zachary.Wawrzyniakowski@faegredrinker.com

**COUNSEL FOR DEFENDANT**

- 2 -